UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOLICIOUS TURMAN et al. | Case No. 18 CR 728<br><br>Magistrate Judge Michael T. Mason |

**PETITION FOR *WRIT* OF *HABEAS CORPUS AD PROSEQUENDUM***

Now comes the UNITED STATES OF AMERICA by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

> Name: JOLICIOUS TURMAN
> Date of Birth: \*\*/\*\*/1991
> Sex: Male
> Race: African-American
> Inmate Identification Number: 20170902055

has been and now is, in due form and process of law, detained in the following institution:

Cook County Department of Corrections, Chicago, Illinois.

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with a violation of Title 21, United States Code, Section 1962(d) (RICO conspiracy) and a violation of Title 18, United States Code, Section 1959(a)(1) (violent crime in aid of racketeering – murder), and is now wanted in such division and district on November 16, 2018, at 9:00 a.m., for an initial appearance and arraignment before Magistrate Judge

MICHAEL T. MASON, in the courtroom usually occupied by said judge in the United States Courthouse, Chicago, Illinois.

WHEREFORE, your petitioner prays for an Order directing the issuance of a *Writ* of *Habeas Corpus Ad Prosequendum* in this matter directed to the following persons:

| | |
|---|---|
| JASON WOJDYLO | THOMAS J. DART |
| Acting United States Marshal | Cook County Sheriff |
| Northern District of Illinois | Cook County Department of Corrections |
| 219 South Dearborn Street | 2834 W. 31st Street |
| Room 2444 – Federal Building | Chicago, Illinois 60608 |
| Chicago, Illinois 60604 | |

commanding them to produce the body of the said prisoner before this Court at said time and on said date, in the United States Courthouse in Chicago, Illinois, and that when the said prisoner shall be so produced pursuant to said *Writ*, and that when the proceedings in this case have been concluded, that JOLICIOUS TURMAN be returned forthwith to said institution from which he was brought.

        Respectfully submitted,

        JOHN R. LAUSCH, JR.
        United States Attorney

By:    /s/ *Albert Berry III*
      ALBERT BERRY III
      Assistant United States Attorney
      219 S. Dearborn St., Rm. 500
      Chicago, IL 60604
      (312) 886-7855

2